# PRIMMER PIPER EGGLESTON & CRAMER PC

*Attorneys at Law*

150 SOUTH CHAMPLAIN STREET   P.O. BOX 1489   BURLINGTON, VT 05402

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

June 10, 2010

Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re: Lawrence Group, Inc. – 97-11294

Dear Kim:

Enclosed please find check number 10303 in the amount of $21,775.31, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 231 | 278 | $20,000.00 | 500 Fifth Avenue, Inc.<br>c/o Robert O. Senzer, Esq.<br>909 Third Avenue<br>New York, NY 10022 |
| 16 | 280 | $378.20 | Programming Resources Corp.<br>Albert Zakarian, Esq.<br>540 Broadway, PO Box 22222<br>Albany, NY 12201-2222 |
| 68 | 282 | $1,100.43 | Key Bank, NA<br>Leslie Jones<br>66 S. Pearl Street<br>Albany, NY 12207 |
| 75 | 283 | $14.63 | BT Office Products Intl.<br>PO Box 15416<br>Newark, NJ 07101-5416 |

| 132 | 284 | $11.77 | Telesys<br>251 Karner Road<br>Albany, NY  12205 |
| --- | --- | --- | --- |
| 144 | 285 | $8.18 | Manufacturers & Traders Trust Co.<br>Attn: Donald Readett<br>One Fountain Plaza, Ninth Floor<br>Buffalo, NY  14203 |
| 154 | 286 | $56.61 | Federal Express Corp.<br>Revenue Recovery Bankruptcy<br>2650 Thousand Oaks Blvd., Ste. 1180<br>Memphis, TN  38118 |
| 158 | 287 | $89.15 | Benjamin Lally<br>71 Richard Drive<br>Dalton, MA  01226 |
| 192 | 289 | $5.84 | Albany County SCU<br>PO Box 15301<br>Albany, NY  12212-5301 |
| 193 | 290 | $7.63 | Albany County Sheriff's Office<br>County Court House<br>Albany, NY  12207 |
| 194 | 291 | $11.89 | Annbro Advertising Special<br>PO Box 5087<br>Albany, NY  12205-2976 |
| 201 | 293 | $5.95 | Copy World of America, Inc.<br>160 Wildor Place<br>Bohemia, NY  11716 |
| 217 | 295 | $7.00 | NYNEX Mobile Communications<br>PO Box 15545<br>Worcester, MA  01615-0545 |
| 222 | 296 | $6.49 | Schenectady County Sheriff's Dept.<br>Attn. Civil Division<br>320 Veeder Avenue<br>Schenectady, NY  12307 |

97-11294

| 224 | 297 | $40.27 | Schenectady County Chamber of Commerce<br>PO Box 15081<br>Albany, NY  12212 |
| --- | --- | --- | --- |
| 226 | 298 | $21.21 | Software Plus<br>301 Route 17 North<br>Rutterford, NJ  07070 |
| 227 | 299 | $10.06 | Southern Office Center<br>c/o Advance Financial Cor.<br>PO Box 720477<br>Atlanta, GA  30358 |

Thank you for your assistance in this matter

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-00956\Doc #45

97-11294