# PRIMMER PIPER
# EGGLESTON & CRAMER PC
*Attorneys at Law*

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

June 10, 2010

Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY  12207

Re:   Lawrence Group, Inc. – 97-11294

Dear Kim:

Enclosed please find check number 10303 in the amount of $21,775.31, which represents unclaimed funds for the following creditor(s):

| **Claim No.** | **Check No.** | **Amount** | **Claimant address** |
|---|---|---|---|
| 231 | 278 | $20,000.00 | 500 Fifth Avenue, Inc.<br>c/o Robert O. Senzer, Esq.<br>909 Third Avenue<br>New York, NY  10022 |
| 16 | 280 | $378.20 | Programming Resources Corp.<br>Albert Zakarian, Esq.<br>540 Broadway, PO Box 22222<br>Albany, NY  12201-2222 |
| 68 | 282 | $1,100.43 | Key Bank, NA<br>Leslie Jones<br>66 S. Pearl Street<br>Albany, NY  12207 |
| 75 | 283 | $14.63 | BT Office Products Intl.<br>PO Box 15416<br>Newark, NJ  07101-5416 |

Burlington, Vermont ♦ Montpelier, Vermont ♦ St. Johnsbury, Vermont ♦ Littleton, New Hampshire
www.ppeclaw.com

Kim Lefebvre

June 10, 2010
Page 2 of 3

| 132 | 284 | $11.77 | Telesys<br>251 Karner Road<br>Albany, NY  12205 |
|---|---|---|---|
| 144 | 285 | $8.18 | Manufacturers & Traders Trust Co.<br>Attn: Donald Readett<br>One Fountain Plaza, Ninth Floor<br>Buffalo, NY  14203 |
| 154 | 286 | $56.61 | Federal Express Corp.<br>Revenue Recovery Bankruptcy<br>2650 Thousand Oaks Blvd., Ste. 1180<br>Memphis, TN  38118 |
| 158 | 287 | $89.15 | Benjamin Lally<br>71 Richard Drive<br>Dalton, MA  01226 |
| 192 | 289 | $5.84 | Albany County SCU<br>PO Box 15301<br>Albany, NY  12212-5301 |
| 193 | 290 | $7.63 | Albany County Sheriff's Office<br>County Court House<br>Albany, NY  12207 |
| 194 | 291 | $11.89 | Annbro Advertising Special<br>PO Box 5087<br>Albany, NY  12205-2976 |
| 201 | 293 | $5.95 | Copy World of America, Inc.<br>160 Wildor Place<br>Bohemia, NY  11716 |
| 217 | 295 | $7.00 | NYNEX Mobile Communications<br>PO Box 15545<br>Worcester, MA  01615-0545 |
| 222 | 296 | $6.49 | Schenectady County Sheriff's Dept.<br>Attn. Civil Division<br>320 Veeder Avenue<br>Schenectady, NY  12307 |

97-11294

| 224 | 297 | $40.27 | Schenectady County Chamber of Commerce<br>PO Box 15081<br>Albany, NY 12212 |
| --- | --- | --- | --- |
| 226 | 298 | $21.21 | Software Plus<br>301 Route 17 North<br>Rutterford, NJ 07070 |
| 227 | 299 | $10.06 | Southern Office Center<br>c/o Advance Financial Cor.<br>PO Box 720477<br>Atlanta, GA 30358 |

Thank you for your assistance in this matter

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-00956\Doc #45

97-11294